IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MARK ORAVETZ, | Civ. No. 6:24-cv-00422-AA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WALLIN, STUCKY FUNNERAL HOME OAK HARBOR, | |
| Defendant. | |

AIKEN, District Judge.

This case is DISMISSED without prejudice.

It is so ORDERED and DATED this   24th   day of April 2024.

/s/Ann Aiken
ANN AIKEN
United States District Judge